No. 9832. In the Matter of the ESTATE of CHARLES A. SEBELIN, Deceased. E. H. HASERODT, PETITIONER AND RESPONDENT, v. CHARLES F. GRASS, CONTESTANT AND APPELLANT.

317 Pac. (2d) 315.

Decided November 7, 1957.

*Charles F. Grass,* Hamilton, per se.
*Koch & Brownlee,* Hamilton, for Respondent.

Per Curiam.

The motion to dismiss the appeal herein is hereby granted, and said appeal is hereby dismissed.